0    7255

WITHDRAWN
AND NOT
REISSUED